UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Registered Holders of FMAC LOAN RECEIVABLES TRUST 1998-C, a special purpose business trust organized and existing under the laws of the State of Delaware, by BERKADIA COMMERCIAL MORTGAGE LLC., <br><br> Plaintiff, <br><br> v. <br><br> MOUNTAIN PLAZA, INC., a Tennessee corporation, RICK H. LEWIS, and BONNIE L. LEWIS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:10-CV-234 <br> (Phillips/Guyton) |

### ORDER

The court has been advised that defendant Mountain Plaza, Inc., filed for bankruptcy protection in the Eastern District of Tennessee pursuant to Chapter 11 of Title 11 of the United States Code, and the bankruptcy proceedings remain pending at this time. Therefore, defendant is entitled to a stay of all judicial action against it pursuant to 11 U.S.C. § 362(a).

Accordingly, it is hereby **ORDERED** that the clerk administratively terminate this action, without prejudice to the rights of the parties to reopen the proceedings, for good

cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

If neither party has moved to reopen this case for the purpose of obtaining a final determination within forty-five (45) days of the final adjudication in the bankruptcy proceedings, then this action shall be deemed to have been dismissed with prejudice.

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge