# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,** as Trustee for the Registered Holders of **FMAC LOAN RECEIVABLES TRUST 1998-C**, a special purpose business trust organized and existing under the laws of the State of Delaware, by **BERKADIA COMMERCIAL MORTGAGE LLC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**MOUNTAIN PLAZA, INC.,** a Tennessee corporation, **RICK H. LEWIS,** and **BONNIE L. LEWIS,**<br><br>    **Defendants.** | No. 3:10-CV-234<br>(Phillips/Guyton) |

## ORDER

This matter is before the court on the motion of plaintiff to reopen the case in order to allow plaintiff to proceed with its action against Rick H. Lewis and Bonnie L. Lewis [Doc. 13]. In support of the motion, plaintiff states that although defendant Mountain Plaza, Inc., has filed for bankruptcy protection in the Eastern District of Tennessee pursuant to Chapter 11 of Title 11 of the United States Code, neither of the individual defendants has filed a bankruptcy petition in any court.

For the good cause stated, the motion to reopen is hereby **GRANTED**, and this case is reopened as to Rick H. Lewis and Bonnie L. Lewis. The defendants shall have

until September 30, 2010 to file an answer or otherwise plead in response to the plaintiff's complaint.

**IT IS SO ORDERED.**

**ENTER:**

       s/ Thomas W. Phillips
United States District Judge